No. 2738. ZAMBRANA, APELADO, *v.* CINTRÓN ET AL., APELANTES.—Corte de Distrito de Ponce. Desahucio en precario. Resuelto en junio 13, 1922. No habiéndose presentado por los apelantes la fianza que requiere el párrafo 2°. de la sección 12 de la ley de desahucio, se declara con lugar la moción y se desestima la apelación.

No. 208. EL PUEBLO Y EL HON. ATTORNEY GENERAL, PETICIONARIOS, *v.* R. ARRILLAGA URRUTIA, FISCAL DE LA CORTE DE DISTRITO DE SAN JUAN, PRIMER DISTRITO, DEMANDADO. *Mandamus.* Resuelto en junio 13, 1922. No apareciendo de la solicitud ni del informe oral la necesidad para actuar y no siendo absolutamente claro el derecho del peticionario, cuestión que está pendiente de resolución, no ha lugar a expedir el auto.

No. 1942. EL PUEBLO, APELADO, *v.* CUADRADO, APELANTE.—Corte de Distrito de Humacao. Infracción a la sección 61 de la ley de arbitrios. Resuelto en junio 13, 1922. No existiendo pliego de excepciones ni relación de pruebas y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.

No. 2776. SCHLÜTER & Co., SUCESOR, APELADA, *v.* PRÍNCIPE, APELANTE.—Corte de Distrito de Humacao. Cobro de dinero. Resuelto en junio 13, 1922. *Teniendo en cuenta la moción de desestimación de la apelada y la certificación que se acompaña, se desestima la apelación.*